UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                           Case No. 21-12632-AJC
                                                                                                        Chapter 11
LE JEUNE VILLAS DEVELOPMENT, LLC,
EIN: 83-1664050

        Debtor.
_____/

**CABALLERO HOME INVESTMENTS CORP.'S AMENDED MOTION TO DISMISS BANKRUPTCY CASE WITH PREJUDICE, FOR RELIEF FROM AUTOMATIC STAY AND FOR ADDITIONAL PROSPECTIVE *IN REM* RELIEF AGAINST REAL PROPERTY**

**CABALLERO HOME INVESTMENTS CORP. ("Caballero")**, its successors and/or assigns, the third party purchaser of property formally owned by the Debtor at foreclosure sale, moves the Court for entry of an order dismissing this bankruptcy case with prejudice, granting it relief from the automatic stay imposed under 11 U.S.C. § 362(a) as well as for prospective *in rem* relief against real property, and would show:

    1. Caballero's Motion is being amended to include the legal descriptions of the property at issue in this case.

**I. – DEBTOR'S INTEREST IN THE PROPERTY:**

    2. On March 21, 1996, Christ Temple Church, Inc. dba Marriage and Family Enrichment nka Marriage and Family Enrichment Center, Inc. ("Marriage and Family Enrichment") of which James Goosby ("Goosby"), the principal of the Debtor, is now President (Exhibit "A"), by and through its then president, John Hopkins, transferred by warranty deed the following described properties (collectively, the "Property") situate and lying in Miami-Dade County, Florida, for alleged consideration of $110,000 to Goosby and as witnessed by Goosby himself and as recorded in ORB 17137/PG 3520 on March 22, 1996 (Exhibit"B"), to wit:

| Folio Number: | Legal Description: |
|---|---|
| 34-2108-019-0630 | Lot 6, Block 22,in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0610 | Lot 4, Block 22,in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |

| | |
|---|---|
| 34-2108-020-0600 | Lot 1, Block 34, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0620 | Lot 3, Block 34, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0730 | Lot 3, Block 35, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0580 | Lot 1, Block 22, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0590 | Lot 2, Block 22, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0600 | Lot 3, Block 22, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0620 | Lot 5, Block 22, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0700 | Lot 1, Block 24, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0710 | Lot 2, Block 24, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0610 | Lot 2, Block 34, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0720 | Lot 3, Block 24, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0730 | Lot 4, Block 24, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0630 | Lot 4, Block 34, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0740 | Lot 5, Block 24, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0640 | Lot 5, Block 34, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |

| | |
|---|---|
| 34-2108-020-0710 | Lot 1, Block 35, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0770 | Lot 2, Block 25, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-019-0780 | Lot 3, Block 25, in Del Prado Gardens Section Three, according to the Plat thereof, as recorded in Plat Book 123, at Page 100, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0740 | Lot 4, Block 35, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |
| 34-2108-020-0790 | Lot 4, Block 36, in Del Prado Gardens Section Four, according to the Plat thereof, as recorded in Plat Book 132, at Page 32, of the Public Records of Miami-Dade County, Florida. |

3. On June 6, 1998, Goosby transferred the Property by quit claim deed to a certain Anibel N. Miliani ("Miliani") and to Goosby himself, apparently as joint tenants, for no consideration as recorded on June 9, 1998, in ORB 18139/PG 1288 (Exhibit "C").

4. On January 22, 1999, Goosby and Miliani transferred the Property back to Goosby himself by quit claim deed for no consideration as recorded on or about six months later on June 15, 1999, in ORB 18652/PG 3109 (Exhibit "D").

5. Notwithstanding the fact that Goosby and Miliani had transferred the Property back to Goosby on June 15, 1999, on September 20, 2001, Marriage and Family Enrichment transferred whatever interest it still had in the Property to the Debtor, Le Jeune Villas Development, LLC ("Le Jeune Villas Development"), purportedly based on the doc stamps paid the to state court clerk for $512,500 in consideration by warranty deed as recorded some 3 months later on December 27, 2001, in ORB 20103/PG 2659 (Exhibit "E").

6. Beginning earlier than in December 2006, the Debtor failed to pay the monthly maintenance assessment and assessments thereafter due on the Property to Le Jeune Gardens Homeowners Association, Inc. ("Le Jeune Gardens").

7. On April 16, 2018, Le Jeune Gardens filed a lis pendants against the Property as recorded in ORB 30935/PG 3353 (Exhibit "F") and commenced foreclosure of its interest in the Property as against the Debtor (Exhibit "G"). Goosby was not named as a party in the suit since he had no personal liability to Le Jeune Gardens.

8. On July 25, 2018, a Final Judgment of Foreclosure in the sum of $213,854.88 was entered in favor of Le Jeune Gardens and as against the Debtor and foreclosure sale of the Property was set for August 29, 2018 (Exhibit "H").

## II. – THE BANKRUPTCY CASES STAYING SALE:

9. In the meantime, on August 17, 2017, almost a year earlier, Goosby filed the first bankruptcy case under Chapter 13 in his individual capacity, Case No. 17-20434-RAM (Exhibit "I"), but failed to list Le Jeune Gardens as a creditor on his mailing matrix (Exhibit "J") and, therefore, Le Jeune Gardens had no notice of the first bankruptcy case. The first bankruptcy case was dismissed with six months prejudice on August 1, 2018.

10. On August 27, 2018, on the eve of the first foreclosure sale of the Property, the Debtor filed the second bankruptcy Case No. 18-20402-AJC under Chapter 11 (Exhibit "K"). The second case was dismissed on September 10, 2018, some thirteen days hence due to the Debtor's failure to cure case filing deficiencies.

11. On September 11, 2018, Le Jeune Gardens reset foreclosure sale date of the Property for a second time in state court for November 7, 2018, but canceled the sale after reaching an agreement with the Debtor just prior to that second foreclosure sale date.

12. On April 30, 2019, Le Jeune Gardens filed a motion in the state court foreclosure case to reset sale of the Property after the Debtor defaulted under the settlement agreement.

13. On May 10, 2019, Goosby filed the third bankruptcy Case No. 19-16198-RAM in his individual capacity under Chapter 13 and filed a Suggestion of Bankruptcy in the state court foreclosure case purportedly staying the third foreclosure sale of the Property (Exhibit "L") even though Goosby had no personal liability to Le Jeune Gardens and notwithstanding that he is not a party to the Debtor's state court foreclosure case. Nonetheless, Goosby's counsel filed a Suggestion of Bankruptcy in the state court foreclosure case. The third case was dismissed on October 2, 2020, after confirmation of his Chapter 13 plan for Goosby's failure to remain current on plan payments.

14. On October 28, 2020, Le Jeune Gardens filed a motion in the state court foreclosure case to reset sale of the Property which was granted by the state court setting a new and fourth foreclosure sale date for December 7, 2020.

15. On December 3, 2020, the Debtor filed the fourth bankruptcy Case No.

20-23240-LMI (Exhibit "M") but failed to file any notice of commencement of the fourth bankruptcy case filing in Le Jeune Garden's state court foreclosure case. The fourth bankruptcy case was dismissed on December 16, 2020, for the Debtor's failure to cure case filing deficiencies.

16. While Caballero was the successful bidder at the fourth foreclosure sale on December 7, 2020, and received a Certificate of Sale from the state court clerk on December 10, 2020, the state court nonetheless vacated that sale and reset the fifth sale date for the for March 15, 2021 (Exhibit "G").

17. Caballero was the successful bidder at the fifth foreclosure sale on March 15, 2021, and was issued a Certificate of Sale by the state court clerk of court on the afternoon of the same day as the sale.

18. On March 19, 2021, some four days after the state court clerk issued Caballero its Certificate of Sale, the Debtor filed this fifth bankruptcy case staying the state court from issuing Caballero a certificate of sale.

19. This fifth bankruptcy case was commenced four days after the Certificate of Sale was issued by the state court clerk to Caballero and, therefore, the sale is valid and has been ratified under Florida law.

20. This fifth bankruptcy case has been filed in bad faith based on the facts and circumstances as set forth above.

### III. – <u>REQUEST FOR RELIEF</u>:

**WHEREFORE**, Caballero respectfully requests that this Honorable Court grant this motion by dismissing this case with prejudice, lifting the automatic stay against the Property so that it may go forward in state court to obtain its certificate of title, granting additional prospective in rem relief against real property, and by providing it with such other and further relief as deemed just and equitable.

<u>Certificate of Admission</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ *Peter Spindel*
PETER SPINDEL
Florida Bar No. 816183
Attorney for Caballero Home Investments Corp.
Peter Spindel, Esq., P.A.
8306 Mills Dr. #458
Miami, FL 33183-4838
(305) 799-5724
email: peterspindel@gmail.com

## Certificate of Service

I CERTIFY that a true copy of the foregoing was served on all CM/ECF registered users via Notice of Electronic Filing and by regular first class USPS carrier mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on April 14, 2021.

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.

*Via NEF-*
21-12632-AJC Notice will be electronically mailed to:

Vanessa C Angulo on behalf of Debtor Le Jeune Villas Development, LLC
eservice@cavalegal.com

Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Peter D Spindel on behalf of Interested Party Caballero Home Investments Corp.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Christina Vilaboa-Abel on behalf of Debtor Le Jeune Villas Development, LLC
eservice@cavalegal.com

*By USPS mail:*
All parties on attached USPS case mailing matrix not served *supra* via CM/ECF.

###
3884.2101
\caballero23.mot