**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 21-12632-AJC |
| LE JEUNE VILLAS DEVELOPMENT, LLC | Chapter 11 |
| Debtor. _____/ | |

## MOTION TO COMPEL THE DEBTOR'S COMPLIANCE WITH ORDER GRANTING SUBCHAPTER V TRUSTEE'S APPLICATION FOR COMPENSATION

Soneet R. Kapila, Subchapter V Trustee (the "Trustee") of the estate of Le Jeune Villas Development, LLC (the "Debtor"), pursuant to 11 U.S.C. §330, respectfully moves this Court for the entry of an Order Compelling Compliance with the Order Granting Subchapter V Trustee's Application for Compensation [ECF 44], and in support thereof states as follows:

1.   This case commenced as a voluntary petition pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code, and Soneet R. Kapila was appointed as the Subchapter V Trustee (the "Trustee").

2.   On April 14, 2021, creditor Caballero Home Investment Corp. filed an expedited motion to dismiss the Bankruptcy case with prejudice. Due to the filing of the motion to dismiss, the Subchapter V Trustee filed his application for compensation [ECF 39].

3.   On May 6, 2021, the Court awarded the Subchapter V Trustee final compensation in the amount of $2,008.00 and expenses of $0.30 [ECF 44], and retained jurisdiction to ensure payment of the Trustee's fee and expenses.

4.  To date, the Trustee has not received payment of his Court ordered fees and expenses. The Trustee has been in communication with the Debtor's counsel however, they have not provided any firm date for paying the Trustee's fees and expenses.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order Compelling Compliance with the Order Granting the Subchapter V Trustee's Application Compensation, and for such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that a copy of this Motion was by CM/ECF to the Debtor, Debtor's attorney, Office of the U.S. Trustee and other interested parties on June 1, 2021.

       **_/s/Soneet R. Kapila_**
Soneet R. Kapila, Subchapter V Trustee
P.O. Box 14213
Fort Lauderdale, FL 33302
Phone: (954) 761-8707
Email: Trustee@kapilatrustee.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-12632-AJC<br>Southern District of Florida<br>Miami<br>Mon Mar 22 08:04:56 EDT 2021 | Le Jeune Villas Development, LLC<br>18495 South Dixie Highway<br>Miami, FL 33157-6817 | LE JEUNE GARDENS HOMEOWNERS ASSOCIATION, INC<br>1500 NW 89 COURT<br>SUITE 202<br>DORAL, FL 33172-2645 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Christina Vilaboa-Abel<br>CAVA Law, LLC<br>1390 South Dixie Highway<br>Suite 1107<br>Coral Gables, FL 33146-2936 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    4
Bypassed recipients    1
Total                  5